UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO: 2:18-mj-1176-CM

ERIN S. BROWN

| Judge: | Carol Mirando | Counsel for Government | Yollande Viacava |
|---|---|---|---|
| Deputy Clerk: | Seth Bowe | Counsel for Defendant: | Zena Duncan |
| Court Reporter | Digital | Pretrial/Probation | Jennifer Medrano |
| Date/Time | October 25, 2018 03:15 PM | Interpreter | |
| Bench Time | 16 Min | | |

## Initial Appearance - Rule 5(c)

Court advised defendant of rights. CJA Counsel appointed proceedings in this district based on financial affidavit. Government proceeded by proffer. Defendant waives Identity Hearing in this district.

Defendant seeking detention hearing, therefore, Defendant will be remanded to the U.S. Marshal pending future proceedings.