JET/CDM/DBL: November 2018
GJ#50

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# **JASPER DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) No. |
| | ) |
| **ERIN S. BROWN** | ) |
| | ) |

## **INDICTMENT**

The Grand Jury charges:

### **COUNT 1: 18 U.S.C. § 1512(c)(2)**

On or about the dates of September 7, 2018 until the present, within the Northern District of Alabama, and elsewhere, the defendant,

**ERIN S. BROWN,**

did corruptly attempt to obstruct, influence, and impede a foreseeable official proceeding—to wit: a proceeding in the Northern District of Alabama before a court of the United States and a Federal grand jury, involving **ERIN S. BROWN's** conduct relating to health care fraud, wire fraud, and mail fraud—by requesting repayment of a $10,000 payment paid by **ERIN S. BROWN** to **PRESCRIBER #22**, a doctor, so that both parties could deny the original purpose of the $10,000 payment and by requesting from **PRESCRIBER #22** $1,500 to assist **ERIN S. BROWN's**

flight from the United States to a foreign country for purposes of avoiding the official proceeding.

In violation of Title 18, United States Code, Section 1512(c)(2).

A TRUE BILL

*/s/ Electronic Signature*
Foreperson of the Grand Jury

                                        JAY E. TOWN
                                        United States Attorney

                                        */s/ Electronic Signature*
                                        CHINELO DIKE-MINOR
                                        Assistant United States Attorney

                                        */s/ Electronic Signature*
                                        DON B. LONG
                                        Assistant United States Attorney