UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO: 2:18-mj-1176-CM

ERIN S. BROWN

| Judge: | Carol Mirando | Counsel for Government | Yolande G. Viacava |
|---|---|---|---|
| Deputy Clerk: | Seth Bowe | Counsel for Defendant: | Zena X. Duncan |
| Court Reporter | Digital | Pretrial/Probation | Tad Parks |
| Date/Time | October 30, 2018 02:00 PM | Interpreter | |
| Bench Time | 30 Min. | | |

Initial Appearance/Detention Hearing

Court advised defendant of rights. CJA Counsel previously appointed. Government summarized allegations and possible penalties.

Government seeking detention based on a risk of flight. A detention hearing was held. After Government, and Defense proffers and witness testimony; the Court finds there are conditions or a combination of conditions that will reasonably assure the appearance of the Defendant at all future court proceedings, therefore the Court orders the Defendant released on bond with conditions.

The Defendant will appear before the US District Court in the Northern District of Alabama for all further proceedings.