UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA                    Case No: 2:18-mj-1179-CM

v.                                          Charging District Case No:
                                            6:18-cr-510-LSC-SGC
ERIN S. BROWN

_____

## FINDINGS AND ORDER ON REMOVAL PROCEEDINGS
## PURSUANT TO RULE 5(c), FED.R.CRIM.P.

The Defendant, having been arrested and presented before me for removal

proceedings pursuant to Rule 5(c), Federal Rules of Criminal Procedure, and having

been informed of the rights specified in Rule 5(c) thereof, and of the provisions of

Rule 20, Federal Rules of Criminal Procedure, the following has occurred of record.

> An Initial Appearance on Rule 5(c) proceedings on the Criminal
> Complaint from the Northern District of Alabama was held on October
> 26, 2018.  The Defendant waived an Identity Hearing.  A Detention
> Hearing, and Initial Appearance under Rule 5(c) on the Indictment
> was held on October 30, 2018. The Defendant was released on a
> $50,000 signature bond with additional conditions of release.

> Accordingly, it is hereby

**ORDERED:**

The Defendant is to report to the district court in which the prosecution is

pending, the United States District Court for the Northern District of Alabama,

Jasper Division.

DONE and ORDERED in in Fort Myers, Florida, this 31st day of October,

2018.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Charging District
U. S. Marshal (3 certified)
U.S. Probation
Counsel of record